EMILY HULL, Plaintiff, v. COUNTY OF NASSAU, Respondent, et al., Defendant, and KLEINS ON THE SQUARE, Appellant.

Christ,
Acting P. J., Brennan, Hopkins, Munder and Nolan, JJ., concur.